AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Broomfield, Robert C | 2. Court or Organization<br><br>U. S. District Court, Arizona | 3. Date of Report<br><br>5/9/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br><br>401 West Washington, SPC 61<br><br>Phoenix, AZ 85003-2158 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | OCTOGON (ownership of condominium) |
| 2. Co-Trustee | Trust #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 12 P 2: 00 FINANCIAL DISCLOSURE OFFICE

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Broomfield, Robert C | 5/9/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Arizona - Arizona Judges Retirement | $26,043 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Broomfield, Robert C | 5/9/2005 |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☐ **NONE**  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Manhattan Mortgage Co. | Mortgage - Phoenix, AZ (Part VII, Line 6) | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomfield, Robert C | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Farmland -McClain County, OK | C | Rent | N | W | | | | | |
| 2. Wells Fargo Money Market, Phoenix, AZ | C | Interest | M | T | | | | | |
| 3. Pruco Life Variable Appreciable Policy | C | csh valu inc | K | T | | | | | |
| 4. Mineral Interests - Grady County, OK | | None | J | W | | | | | |
| 5. Mineral Interests - Stephens County, OK | | None | J | W | | | | | |
| 6. Investment Property - Phoenix, AZ | A | Rent | L | Q | | | | | |
| 7. I am successor trustee of Trust #2 having following assets: | | | | | | | | | |
| 8. Arizona Business Bank - Cash and two CD's | E | Interest | O | T | | | | | |
| 9. Interest in Bell Grande Limited Partnership, Scottsdale, AZ | G | Distribution | N | W | | | | | |
| 10. Interest in Bell Grande II Ltd Partnership, Scottsdale, AZ | | None | N | W | | | | | |
| 11. Interest in ValVista &W.F.Rd. LtdPartnership,Scottsdale, AZ | | None | N | W | | | | | |
| 12. Interest in Suncrest at RMI Ltd Partnership, Phoenix, AZ | D | Distribution | K | W | | | | | |
| 13. House and lot - Phoenix, AZ | | None | | | DistrBenef | 12/1 | O | A | |
| 14. Furniture and Furnishings at previously listed asset | | None | | | DistrBenef | 12/1 | J | A | |
| 15. COBIZ-Colorado Business Bank - common stock | | None | | | sale | 3/24 | O | A | |
| 16. Great Hall Investment Funds-now Tamarack Investment Funds | B | Interest | K | T | partial sale | 4/12 | O | B | |
| 17. Bank One | A | Dividend | | | sale | 1/15 | M | E | |
| 18. Coca-Cola Company | | None | | | sale | 1/12 | J | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000          G = $100,001-$1,000,000          H1 = $1,000,001-$5,000,000          H2 = More than $5,000,000
2. Value Codes:          J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000          O = $500,001-$1,000,000          P1 = $1,000,001-$5,000,000          P2 = $5,000,001-$25,000,000
                              P3 = $25,000,001-$50,000,000          P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal          R = Cost (Real Estate Only)          S = Assessment          T = Cash/Market
   (See Column C2)     U = Book Value          V = Other          W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Broomfield, Robert C | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Dycom Industries, Inc. | | None | | | sale | 1/12 | J | D | |
| 20. ETI Expertise Tech Innovation | | None | | | sale | 2/3 | K | D | |
| 21. Global Crossing Ltd | | None | | | sale | 2/25 | J | A | |
| 22. Global Light Telcom, Inc. | | None | | | sale | 4/21 | J | A | |
| 23. Novavax, Inc. | | None | K | T | | | | | |
| 24. ABD Systems Intl, Ltd. | | None | | | sale | 4/16 | J | A | |
| 25. Bluestar Battery Sys Intl Corp | | None | | | sale | 4/21 | J | A | |
| 26. Highpoint Telecom, Inc. | | None | | | sale | 4/21 | J | A | |
| 27. Oppenheimer Glbl Opport-A | A | Dividend | | | sale | 4/16 | K | A | |
| 28. Oppenheimer Global-A | A | Dividend | | | sale | 4/16 | K | A | |
| 29. AIM Invesco Tech II | | None | | | sale | 4/16 | J | A | |
| 30. AIM Invesco European | | None | | | sale | 4/16 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Broomfield, Robert C | 5/9/2005 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Broomfield, Robert C | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _May 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544